**Order entered March 25, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01223-CV

### IN THE INTEREST OF I.S., A CHILD

**On Appeal from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-55837-2013**

## ORDER

Before the Court is appellee's March 21, 2019 first motion to extend time to file brief.

We **GRANT** the motion and **ORDER** the brief be filed no later than April 26, 2019.

/s/      ERIN A. NOWELL
JUSTICE